| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **424 Group, Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  FourTwoFour On Fairfax** |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0799129** |
|---|---|---|

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **424 N. Fairfax Ave.**<br>**Los Angeles, CA 90036**<br>Number, Street, City, State & ZIP Code | **999 Fifth Ave., Suite 320**<br>**San Rafael, CA 94901**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br>**424 N. Fairfax Ave. Los Angeles, CA 90036**<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.shop.fourtwofouronfairfax.com** |
|---|---|---|

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **424 Group, Inc.**                                                    Case number (*if known*)
     Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4481**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

---

Debtor    **424 Group, Inc.**    Case number (*if known*) _____
          Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor  **424 Group, Inc.**                                          Case number (*if known*)
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | 424 Group, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2021**
MM / DD / YYYY

X _____    **Katrina Sirdofsky**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X _____    Date    **December 23, 2021**
Signature of attorney for debtor    MM / DD / YYYY

**James R. Selth 123420**
Printed name

**Weintraub & Selth, APC**
Firm name

**11766 Wilshire Boulevard**
**Suite 1170**
**Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 207-1494**    Email address    **jim@wsrlaw.net**

**123420 CA**
Bar number and State

# RESOLUTIONS

## OF THE BOARD OF DIRECTORS OF

## 424 GROUP, INC.

The undersigned, being the authorized representative of the Board of Directors of 424 Group, Inc., does hereby certify that the following resolutions are adopted by the Board:

RESOLVED that Katrina Sirdofsky is authorized to execute and file or cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of 424 Group, Inc.

RESOLVED that the filing of a Chapter 11 case on behalf of 424 Group, Inc. is in the best interests of the corporation, its shareholders and creditors.

RESOLVED that Weintraub & Selth, APC is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that  Katrina Sirdofsky is the party designated to act on behalf of the corporation in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court and at the 341 (a) Meeting of Creditors as necessary.

Dated: December __23__, 2021

Katrina Sirdofsky, President

**Fill in this information to identify the case:**

Debtor name __**424 Group, Inc.**__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**December 23, 2021**__    X _____
                                          Signature of individual signing on behalf of debtor

**Katrina Sirdofsky**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **424 Group, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **424 Group Wholesale, Inc. 999 Fifth Ave., Suite 320 San Rafael, CA 94901** | | **Goods sold** | | | | **$657,581.00** |
| **J6 SRL Via Agostino Depretis 4 Vicenza, Vicenza, 36100 ITALY** | | **Vendor Debt** | | | | **$384,233.26** |
| **Hebemo Limited 71 Queen Victoria Street London, EC4V 4BE UNITED KINGDOM** | | **Loan** | | | | **$150,000.00** |
| **416-424 1/2 North Fairfax Ave, LLC 13914 Davana Terrace Sherman Oaks, CA 91423** | | **Rent for retail store** | **Disputed** | | | **$85,000.00** |
| **Twentyfourseven S.R.L. Via Palermo, 10 20121 Milano ITALY** | | **Vendor Debt-disputed due to offset** | **Unliquidated Disputed Subject to Setoff** | | | **$50,989.18** |
| **Hummel Balticagade 20 8000 Aarhus C DENMARK** | | **Vendor Debt** | | | | **$20,576.29** |
| **100 Management 458 N. Doheny Dr., Unit 691310 Los Angeles, CA 90048** | | **Vendor Debt** | | | | **$20,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor  **424 Group, Inc.**                                        Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **M.W.K. Pattern Making Inc 6804 Avalon Bl. Los Angeles, CA 90003** | | **Vendor Debt** | | | | **$20,000.00** |
| **Adidas 5055 N. Greeley Ave. Portland, OR 97217** | | **Vendor Debt** | | | | **$15,447.19** |
| **DBA Creative LLC 1425 N. Alta Vista Blvd., Apt. 302 Los Angeles, CA 90046** | | **Vendor Debt** | | | | **$14,269.90** |
| **Harvey Nichols & Co 361-365 Chiswick High Road Chiswick London W4 4HS UNITED KINGDOM** | | **Vendor Debt** | | | | **$13,503.24** |
| **Bellizio + Igel PLLC 305 Madison Ave., 40th Fl. New York, NY 10165** | | **Vendor debt** | **Disputed** | | | **$13,292.50** |
| **Simon Intellectual Property Asia 3 Lockhart Road, 25th Fl. Wanchai HONG KONG** | | **Legal fees** | **Disputed** | | | **$13,011.50** |
| **Puma North America, Inc. 10 Lyberty Way Westford, MA 01886** | | **Vendor Debt** | | | | **$11,855.94** |
| **Project 11 Limited 2nd Floor Centennium House 100 Lower Thames Street London EC3R 6DL UNITED KINGDOM** | | **Vendor Debt** | | | | **$10,591.00** |
| **DHL Express USA, Inc. 16416 Northcase Dr. Houston, TX 77060** | | **Vendor Debt** | | | | **$10,344.51** |
| **Owen Wickerson Aaronson 3 Lockhart Road, Wanchai Hong Kong CHINA** | | **Legal fees** | | | | **$7,025.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor  **424 Group, Inc.**
_____
Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Slam Jam srl Via L.F Ferrari 37/a Ferrara 44122 ITALY** | | **Vendor debt** | **Disputed** | | | **$6,218.00** |
| **Intermode Espress Via Galileo Galilei, 3 36066 Sandrigo, Vicenza ITALY** | | **Vendor Debt** | | | | **$6,143.00** |
| **Song for the Mute 1 Glebe St. Glebe NSW 2037 AUSTRALIA** | | **Vendor Debt** | | | | **$5,645.33** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **424 Group, Inc.**                                                    Case No.
                                                    Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Guillermo Andrade**<br>**c/o Hillary Hughes**<br>**100 Wall St., 20th Fl.**<br>**New York, NY 10005-3708** | | **49%** | |
| **Katrina Sirdofsky**<br>**999 Fifth Ave., Suite 320**<br>**San Rafael, CA 94901** | | **51%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 23, 2021**                                Signature    _Katrina Sirdofsky_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **London, England**_____, California.

Date:  **December 23, 2021**_____

Katrina Sirdofsky
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                           *Page 1*              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **424 Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $          **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $      **4,133,830.07**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $      **4,133,830.07**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $          **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $          **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      **2,212,522.20**

4.   **Total liabilities** ..................................................................................................
Lines 2 + 3a + 3b                                                                                            $      **2,212,522.20**

**Fill in this information to identify the case:**

Debtor name     **424 Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Citibank** | **Checking** | 3790 | $4,682.07 |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 4.1. | **PayPal account** | | | $148.00 |
| 5. | **Total of Part 1.** | | | $4,830.07 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Security Deposit with 416-424 1/2 North Fairfax Ave., LLC** | $12,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **424 Group, Inc.**
Name

Case number *(If known)* _____

9.    **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $12,000.00

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **100,000.00** -    **0.00** =....    **$100,000.00**

   face amount         doubtful or uncollectible accounts

   **Royalties due from 380 Group**

12.    **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   $100,000.00

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **To be provided after 1/5/22 - after completion of inventory** | | $0.00 | | Unknown |
| **Goods held for consignment by The RealReal, Inc.** | | $0.00 | | $15,000.00 |
| 22. **Other inventory or supplies** **About 60-70 boxes of original samples** | | $0.00 | | Unknown |

23.    **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.

   $15,000.00

24.    **Is any of the property listed in Part 5 perishable?**

Debtor   **424 Group, Inc.**                                                  Case number *(If known)* _____
_____
Name

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**2 chairs, computer, Ipad, hanging racks,**<br>**curtain, display case** | **$0.00** | | **$2,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and**
**communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86. | **$2,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. Does the debtor own or lease any real property?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **424 Group, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**424 Group trademark** | **$0.00** | | **$4,000,000.00** |
| | **Guillermo Andrade trademark** | **$0.00** | | **Unknown** |

| 61. | **Internet domain names and websites** | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | | **$4,000,000.00** |
|---|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |

Debtor  **424 Group, Inc.**                                          Case number *(If known)* _____
        <sub>Name</sub>

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

        **Claims against Guillermo Andrade**                                    **Unknown**

| Nature of claim | **Conversion, theft of corporate opportunity, breach of fiduciary duty and unfair** |
|---|---|
| Amount requested | **$250,000.00** |

        **Claims against TwentyFourSeven**                                      **Unknown**

| Nature of claim | **Claims for royalties due and trademark infringment** |
|---|---|
| Amount requested | **$0.00** |

        **Claims against 380 Group Srl**                                        **Unknown**

| Nature of claim | **Claims for royalties due** |
|---|---|
| Amount requested | **$0.00** |

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**
        **Potential claim against Kelly Saborouh for proceeds
        from sale of goods in Japan; potential claim of
        $300,000-900,000.**                                                     **Unknown**

| Nature of claim | **Conversion** |
|---|---|
| Amount requested | **$0.00** |

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.     **Total of Part 11.**                                          | **$0.00** |

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **424 Group, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,435.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $4,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,137,435.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,137,435.67 |

**Fill in this information to identify the case:**

Debtor name    **424 Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __424 Group, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**100 Management**<br>**458 N. Doheny Dr., Unit 691310**<br>**Los Angeles, CA 90048**<br><br>Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vendor Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $20,000.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**380 Group Srl**<br>**Via A. Manzoni 41**<br>**20121 Milano**<br>**ITALY**<br><br>Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: __Vendor debt; no sums believed due__<br><br>Is the claim subject to offset? ☐ No ☑ Yes | $0.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**416-424 1/2 North Fairfax Ave, LLC**<br>**13914 Davana Terrace**<br>**Sherman Oaks, CA 91423**<br><br>Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: __Unpaid rent payments__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $85,000.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**424 Group Wholesale, Inc.**<br>**999 Fifth Ave., Suite 320**<br>**San Rafael, CA 94901**<br><br>Date(s) debt was incurred __2017-2018__<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Goods sold__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $657,581.00 |

| Debtor | **424 Group, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **ABC Legal Services** | ☐ Contingent | |
| | **633 Yesler Way** | ☐ Unliquidated | |
| | **Seattle, WA 98104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services; no sums believed due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,447.19 |
| | **Adidas** | ☐ Contingent | |
| | **5055 N. Greeley Ave.** | ☐ Unliquidated | |
| | **Portland, OR 97217** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor Debt** | |
| | Last 4 digits of account number **3018** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **After Home Work** | ☐ Contingent | |
| | **6/8 Impasse Chausson** | ☐ Unliquidated | |
| | **75010 Paris** | ☐ Disputed | |
| | **FRANCE** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor Debt; no sums believed due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Alen Group** | ☐ Contingent | |
| | **Interporto Sito Sud Terza Stada 8** | ☐ Unliquidated | |
| | **10040 Rivalta Di Torino** | ☐ Disputed | |
| | **ITALY** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor Debt; no sums believed due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **American Express** | ☐ Contingent | |
| | **P.O. Box 981540** | ☐ Unliquidated | |
| | **El Paso, TX 79998-1540** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit card; no sums believed due** | |
| | Last 4 digits of account number **1000** | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
| | **Ani Shekoian** | ☐ Contingent | |
| | **2111 Barclay St.** | ☐ Unliquidated | |
| | **Los Angeles, CA 90031** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Armes** | ☐ Contingent | |
| | **Chemin De Renou 2** | ☐ Unliquidated | |
| | **1005 Lausanne** | ☐ Disputed | |
| | **SWITZERLAND** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor debt; no sums believed due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | 424 Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Ashley Mitchell**
604 Ledgestone Ct.
Lincoln, CA 95648-8237

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**B B & S Cutting Services Inc**
6351 Regent St., Suite 400
Huntington Park, CA 90255

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt; no sums believed due**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Beep Iams**
309 E 9th St.
2C
New York, NY 10003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,292.50 |
|---|---|---|---|

**Bellizio + Igel PLLC**
305 Madison Ave., 40th Fl.
New York, NY 10165

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Marra**
159 Essex St.
Toronto, ON M6G 1T6
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **No sums believed due**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Black Dakini**
903 Centinela Ave.
Santa Monica, CA 90403

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt; no sums believed due**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,052.50 |
|---|---|---|---|

**Cali Fame**
20934 S. Sante Fe Ave.
Carson, CA 90810

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | 424 Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,080.00 |
|---|---|---|---|

**CLM California Design Group**
6330 S. Alameda St.
Huntington Park, CA 90255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corte D'Appello Di Milano**
U.N.E.P. - Ufficiali Giudiziari
Via Pace, 10-20122 Milano
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __No sums believed due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**David Finch**
7266 Fanklin Ave.
#103
Los Angeles, CA 90046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,269.90 |
|---|---|---|---|

**DBA Creative LLC**
1425 N. Alta Vista Blvd., Apt. 302
Los Angeles, CA 90046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,344.51 |
|---|---|---|---|

**DHL Express USA, Inc.**
16416 Northcase Dr.
Houston, TX 77060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edoardo Ormi**
Piazza Della Liberta 13
Viale Don Minzoni 1
Florence
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __No sums believed due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,539.79 |
|---|---|---|---|

**Em Dash Inc**
1420 1/2 Echo Park Ave.
Los Angeles, CA 90026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | 424 Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eva Al Desnudo Ltd**
**Eva Losada Membribre**
**2, Millfields Road**
**E5 0SB London**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __No sums believed due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,281.00 |
|---|---|---|---|

**Eytys AB**
**Tegnerlunden 3**
**111 61 Stockholm**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Federal Express**
**3610 Hacks Cross Rd.**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor debt; no sums believed due__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.50 |
|---|---|---|---|

**Fletcher Wash LLC**
**13400 Naoma Lane**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francesco Rossi**
**Piazza della Liberta 13**
**Viale Don Minzoni 1**
**Roncaglia Florence**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __No sums believed due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.00 |
|---|---|---|---|

**Fross Zelnick Lehrman & Zissu, P.C.**
**151 W. 42nd St., 17th Fl.**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grafico Inc.**
**15326 Cornet St.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __no sums believed due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | 424 Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Guillermo Andrade**
**c/o Hillary Hughes**
**100 Wall St., 20th Fl.**
**New York, NY 10005-3708**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,503.24

**Harvey Nichols & Co**
**361-365 Chiswick High Road**
**Chiswick London W4 4HS**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00

**Hebemo Limited**
**71 Queen Victoria Street**
**London, EC4V 4BE**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Hilldun Corporation**
**225 W. 35th St., 10th Fl.**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Debt; no sums believed due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,576.29

**Hummel**
**Balticagade 20**
**8000 Aarhus C**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,143.00

**Intermode Espress**
**Via Galileo Galilei, 3**
**36066 Sandrigo, Vicenza**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384,233.26

**J6 SRL**
**Via Agostino Depretis 4 Vicenza,**
**Vicenza, 36100**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 424 Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.40

**Nonpriority creditor's name and mailing address**

Jessica Carmona
1814 N. Serrano Ave., #15
Los Angeles, CA 90027

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

### 3.41

**Nonpriority creditor's name and mailing address**

JP Tailoring Limited
Unit 79
The Galleria,
Hatfield AL10 0YA

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor debt; no sums believed due

Is the claim subject to offset? ■ No ☐ Yes

**$288.00**

---

### 3.42

**Nonpriority creditor's name and mailing address**

Katrina Sirdofsky
999 Fifth Ave., Suite 320
San Rafael, CA 94901

Date(s) debt was incurred  12/2009

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

**$640,490.00**

---

### 3.43

**Nonpriority creditor's name and mailing address**

Kith NY
337 Lafayette St.
New York, NY 10012-2727

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

### 3.44

**Nonpriority creditor's name and mailing address**

Law Office of Jeannette M. Boudreau
999 5th Ave., Suite 320
San Rafael, CA 94901

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal fees

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

### 3.45

**Nonpriority creditor's name and mailing address**

M.W.K. Pattern Making Inc
6804 Avalon Bl.
Los Angeles, CA 90003

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

### 3.46

**Nonpriority creditor's name and mailing address**

Martine Rose Studio LTD
Unit 14, The Mews
Old Dairy Court
London N4 4AP
UNITED KINGDOM

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

**$4,311.49**

---

Debtor     **424 Group, Inc.**

Name

Case number *(if known)* _____

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,351.94** |

**Mishcon de Reya**
**Africa House**
**70 Kingsway**
**DX 37954 Kingsway London**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Legal fees__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$203.94** |

**Mr. Porter**
**100 5th Ave.**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,823.76** |

**Namachecko**
**Stagneliusvagen 38 c/o Lezan Lurr**
**112 57 Stockholm**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$627.41** |

**Nellcote**
**P.O.Box 11038**
**Napa, CA 94581**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,025.00** |

**Owen Wickerson Aaronson**
**3 Lockhart Road, Wanchai**
**Hong Kong**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Legal fees__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Pier Luigi Roncaglia**
**Piazza della Liberta 13**
**Viale Don Minzoni**
**Florence**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __No sums believed due__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,591.00** |

**Project 11 Limited**
**2nd Floor Centennium House**
**100 Lower Thames Street**
**London EC3R 6DL**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **424 Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Puma North America, Inc.**
**10 Lyberty Way**
**Westford, MA 01886**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,855.94**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Rochambeau**
**511 Canal St.**
**New York, NY 10013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,375.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Royal - TL Inc.**
**270 Lafayette St., Suite 612**
**New York, NY 10012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,026.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**SCI Place Vendome**
**10 Rue de Beynes**
**78460 Neauphle le Bieux**
**RCS Versailles 537 439 952**
**FRANCE**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Selfridges Retail Ltd**
**400 Oxford Street**
**London W1A 1AB**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,537.17**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Sever**
**UL Gagarina D. 7 KV/OF 41**
**Konakovo**
**RUSSIA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Siberia Hills**
**837 Traction Ave., #404**
**Los Angeles, CA 90015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,176.00**

---

Debtor    **424 Group, Inc.**                                      Case number (if known) _____
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,011.50** |
|---|---|---|---|

**Simon Intellectual Property Asia**
**3 Lockhart Road, 25th Fl.**
**Wanchai**
**HONG KONG**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,218.00** |
|---|---|---|---|

**Slam Jam srl**
**Via L.F Ferrari 37/a**
**Ferrara 44122**
**ITALY**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,645.33** |
|---|---|---|---|

**Song for the Mute**
**1 Glebe St.**
**Glebe NSW 2037**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00** |
|---|---|---|---|

**Spectrum Manufacturing Inc.**
**728 S. Hill St., Suite 1200**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SSD Alarm**
**1740 N. Lemon St.**
**Anaheim, CA 92801-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor debt; no sums believed due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephen M. Coats, CPA**
**775 E. Blithedale Ave., PMB 542**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.86** |
|---|---|---|---|

**Studio Cataldi Group SrL**
**Via Del Lazzeretto**
**NN 94-94A/B-96-98**
**Prato, 59100, PO**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **424 Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**TagTime**
**4601 District Blvd.**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,989.18** |
|---|---|---|---|

**Twentyfourseven S.R.L.**
**Via Palermo, 10**
**20121 Milano**
**ITALY**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.00** |
|---|---|---|---|

**Ugonna Abakwue**
**18102 Talavera Rdg., Apt. 3306**
**San Antonio, TX 78257-2623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,872.00** |
|---|---|---|---|

**UNCND Ltd.**
**157 Queens Road**
**Weybridge, KT13 0AD**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valeria Zanon**
**Spheriens Avvocati**
**Via Vincenzo Monti, 11**
**20123 Milano**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Legal fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330.00** |
|---|---|---|---|

**Voga SNC Di Pelucchini M. & C.**
**Corso Italia, 82**
**52100 Arezzo**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Waterfrom Solicitors LLP**
**14 Weller Street**
**London SE1 1QU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Legal fees; no sums believed due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

---

| Debtor | 424 Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**Attn: Kevin J. Nacoste**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Altus Receivables Management**<br>**Attn: Kevin J. Nacoste**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Capital Recovery Corporation**<br>**P.O. Box 1008**<br>**Alpharetta, GA 30009** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Hatkoff & Minassian**<br>**18757 Burbank Blvd., Suite 100**<br>**Tarzana, CA 91356** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Kennedy Wilson Properties**<br>**P.O. Box 80329**<br>**City of Industry, CA 91716-8329** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael A. Shakouri**<br>**1800 Avenue of the Stars, Suite 675**<br>**Los Angeles, CA 90067-4221** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Stefano Magnoni**<br>**Piazza Castello, 26**<br>**20121 Milan**<br>**ITALY** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Voga Shop**<br>**Corso Italia 82**<br>**Via De Redi 3**<br>**52100 Arezzo, Italia** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 2,212,522.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,212,522.20 |

**Fill in this information to identify the case:**

Debtor name    **424 Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **License agreement re distribution of 424 Group branded apparel** | |
| State the term remaining    **15 months** | **380 Group Srl**<br>**Via A. Manzoni 41**<br>**20121 Milano**<br>**ITALY** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Expired lease of store at 424 N. Fairfax Ave., Los Angeles, CA 90036 (now month-to-month)** | |
| State the term remaining | **416-424 1/2 North Fairfax Ave, LLC**<br>**13914 Davana Terrace**<br>**Sherman Oaks, CA 91423** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **424 Group, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*      *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **424 Group Wholesale, Inc.** | **999 Fifth Ave., Suite 320 San Rafael, CA 94901** | **Twentyfourseven S.R.L.** | ☐ D _____<br>☑ E/F __3.69__<br>☐ G _____ |
| 2.2 | **Katrina Sirdofsky** | **999 Fifth Ave., Suite 320 San Rafael, CA 94901** | **416-424 1/2 North Fairfax Ave, LLC** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
| 2.3 | **Katrina Sirdofsky** | **999 Fifth Ave., Suite 320 San Rafael, CA 94901** | **Valeria Zanon** | ☐ D _____<br>☑ E/F __3.72__<br>☐ G _____ |
| 2.4 | **Katrina Sirdofsky** | **999 Fifth Ave., Suite 320 San Rafael, CA 94901 Personal guarantee of retail store lease** | **416-424 1/2 North Fairfax Ave., LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **424 Group, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$288,596.09** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$478,971.00** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,254,129.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **424 Group, Inc.**                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.**  **Em Dash**<br>**1420 1/2 Echo Park Ave.**<br>**Los Angeles, CA 90026** | **11/18/21;**<br>**12/15/21** | **$9,230.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.2.**  **416-424 1/2 North Fairfax Ave, LLC**<br>**13914 Davana Terrace**<br>**Sherman Oaks, CA 91423** | **11/01/21;**<br>**1/30/21** | **$7,308.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent Expense** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.**  **Katrina Sirdofsky**<br>**999 Fifth Ave., Suite 320**<br>**San Rafael, CA 94901**<br>**President, shareholder** | **1/29/2021,**<br>**6/3/2021,**<br>**6/16/2021,**<br>**7/22/2021,**<br>**8/10/2021** | **$8,000.00** | **Reimbursement for payment of expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor    **424 Group, Inc.** _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **FedEx Corporate Services Inc. v. 424 Group, Inc., et al.**<br>**21CHLC01629** | **Breach of Contract** | **Los Angeles County Superior Court**<br>**9425 Penfield Ave.**<br>**Chatsworth, CA 91311** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Twentyfourseven S.R.L. v. 424 Group, Inc.**<br>**N. R.G. 3842'512020** | **Collection case** | **Tribunale Ordinario Di Milano**<br>**Via Carlo Freguglia 1**<br>**Milano**<br>**Milano, 20122**<br>**ITALY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Goods were given to sell in Japan, money owed is allegedly caught up in foreign tax dispute** | | **June 2021** | **$300,000.00** |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **424 Group, Inc.** _____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Weintraub & Selth, APC** **11766 Wilshire Blvd., Suite 1170** **Los Angeles, CA 90025** | **Wire Transfer** | **12/16/21** | **$30,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Weintraub & Selth, APC** **11766 Wilshire Blvd., Suite 1170** **Los Angeles, CA 90025** | **Credit card** | **12/17/21** | **$12,500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Katrina Sirdofsky, CEO and majority shareholder-loan to Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **775 E. Blithedale Ave., Suite 358** **Mill Valley, CA 94941** | **CPA address used for bank statements** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

| Debtor | __424 Group, Inc.__ | | Case number *(if known)* _____ |

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Farmers Market Self Storage<br>111 The Grove Dr.<br>Los Angeles, CA 90036** | **Katrina Sirdofsky** | **About 60-70 boxes of original samples** | ☐ No<br>■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | 424 Group, Inc. | Case number *(if known)* |
|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|

Debtor   **424 Group, Inc.**                                         Case number *(if known)*  _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Stephen M. Coats, CPA**<br>**775 E. Blithedale Ave., PMB 542**<br>**Mill Valley, CA 94941** | **2009-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Stephen M. Coats, CPA**<br>**775 E. Blithedale Ave., PMB 542**<br>**Mill Valley, CA 94941** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Katrina Sirdofsky** | **999 Fifth Ave., Suite 320**<br>**San Rafael, CA 94901** | **President and Director** | **51%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Guillermo Andrade** | **c/o Hillary Hughes**<br>**100 Wall St., 20th Fl.**<br>**New York, NY 10005-3708** | **Director/ Officer** | **1/2017 - 9/2021** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **424 Group, Inc.**                                          Case number *(if known)*

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Guillermo Andrade**<br>**c/o Hillary Hughes**<br>**100 Wall St., 20th Fl.**<br>**New York, NY 10005-3708** | $48,916.93 | **1/19/2021,**<br>**2/4/2021,**<br>**3/12/2021,**<br>**4/2/2021,**<br>**7/22/2021** | **Draw** |
| | **Relationship to debtor**<br>**Former officer and director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                          **Employer Identification number of the parent corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2021**

_____                    **Katrina Sirdofsky**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **424 Group, Inc.**

_____  Case No. _____
Debtor(s)                 Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ...................................................   $   Per Section 327
     Prior to the filing of this statement I have received ....................................   $   $42,500.00
     Balance Due ..........................................................................................   $   0.00

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December 23, 2021**
_____
Date

                                              **James R. Selth 123420**
                                              *Signature of Attorney*
                                              **Weintraub & Selth, APC**
                                              **11766 Wilshire Boulevard**
                                              **Suite 1170**
                                              **Los Angeles, CA 90025**
                                              **(310) 207-1494   Fax: (310) 442-0660**
                                              **jim@wsrlaw.net**
                                              *Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**James R. Selth 123420**
**11766 Wilshire Boulevard**
**Suite 1170**
**Los Angeles, CA 90025**
**(310) 207-1494 Fax: (310) 442-0660**
**California State Bar Number: 123420 CA**
**jim@wsrlaw.net**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

      **424 Group, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___11___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **December 23, 2021**

Signature of Debtor 1   Katrina Sirdofsky, President

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **December 23, 2021**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

424 Group, Inc.
999 Fifth Ave., Suite 320
San Rafael, CA 94901


James R. Selth
Weintraub & Selth, APC
11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025


100 Management
458 N. Doheny Dr., Unit 691310
Los Angeles, CA 90048


380 Group Srl
Via A. Manzoni 41
20121 Milano
ITALY


380 Group Srl
Via A. Manzoni 41
20121 Milano
ITALY


416-424 1/2 North Fairfax Ave, LLC
13914 Davana Terrace
Sherman Oaks, CA 91423


424 Group Wholesale, Inc.
999 Fifth Ave., Suite 320
San Rafael, CA 94901


ABC Legal Services
633 Yesler Way
Seattle, WA 98104

Adidas
5055 N. Greeley Ave.
Portland, OR 97217


After Home Work
6/8 Impasse Chausson
75010 Paris
FRANCE


Alen Group
Interporto Sito Sud Terza Stada 8
10040 Rivalta Di Torino
ITALY


Altus Receivables Management
Attn: Kevin J. Nacoste
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062


American Express
P.O. Box 981540
El Paso, TX 79998-1540


Ani Shekoian
2111 Barclay St.
Los Angeles, CA 90031


Armes
Chemin De Renou 2
1005 Lausanne
SWITZERLAND


Ashley Mitchell
604 Ledgestone Ct.
Lincoln, CA 95648-8237

B B & S Cutting Services Inc
6351 Regent St., Suite 400
Huntington Park, CA 90255


Beep Iams
309 E 9th St.
2C
New York, NY 10003


Bellizio + Igel PLLC
305 Madison Ave., 40th Fl.
New York, NY 10165


Benjamin Marra
159 Essex St.
Toronto, ON M6G 1T6
CANADA


Black Dakini
903 Centinela Ave.
Santa Monica, CA 90403


Cali Fame
20934 S. Sante Fe Ave.
Carson, CA 90810


Capital Recovery Corporation
P.O. Box 1008
Alpharetta, GA 30009


CLM California Design Group
6330 S. Alameda St.
Huntington Park, CA 90255

Corte D'Appello Di Milano
U.N.E.P. - Ufficiali Giudiziari
Via Pace, 10-20122 Milano
ITALY


David Finch
7266 Fanklin Ave.
#103
Los Angeles, CA 90046


DBA Creative LLC
1425 N. Alta Vista Blvd., Apt. 302
Los Angeles, CA 90046


DHL Express USA, Inc.
16416 Northcase Dr.
Houston, TX 77060


Edoardo Ormi
Piazza Della Liberta 13
Viale Don Minzoni 1
Florence
ITALY


Em Dash Inc
1420 1/2 Echo Park Ave.
Los Angeles, CA 90026


Eva Al Desnudo Ltd
Eva Losada Membribre
2, Millfields Road
E5 0SB London
UNITED KINGDOM


Eytys AB
Tegnerlunden 3
111 61 Stockholm
SWEDEN

Federal Express
3610 Hacks Cross Rd.
Memphis, TN 38120


Fletcher Wash LLC
13400 Naoma Lane
Cerritos, CA 90703


Francesco Rossi
Piazza della Liberta 13
Viale Don Minzoni 1
Roncaglia Florence
ITALY


Fross Zelnick Lehrman & Zissu, P.C.
151 W. 42nd St., 17th Fl.
New York, NY 10036


Grafico Inc.
15326 Cornet St.
Santa Fe Springs, CA 90670


Guillermo Andrade
c/o Hillary Hughes
100 Wall St., 20th Fl.
New York, NY 10005-3708


Harvey Nichols & Co
361-365 Chiswick High Road
Chiswick London W4 4HS
UNITED KINGDOM


Hatkoff & Minassian
18757 Burbank Blvd., Suite 100
Tarzana, CA 91356

Hebemo Limited
71 Queen Victoria Street
London, EC4V 4BE
UNITED KINGDOM


Hilldun Corporation
225 W. 35th St., 10th Fl.
New York, NY 10001


Hummel
Balticagade 20
8000 Aarhus C
DENMARK


Intermode Espress
Via Galileo Galilei, 3
36066 Sandrigo, Vicenza
ITALY


J6 SRL
Via Agostino Depretis 4 Vicenza,
Vicenza, 36100
ITALY


Jessica Carmona
1814 N. Serrano Ave., #15
Los Angeles, CA 90027


JP Tailoring Limited
Unit 79
The Galleria,
Hatfield AL10 0YA


Katrina Sirdofsky
999 Fifth Ave., Suite 320
San Rafael, CA 94901

Kennedy Wilson Properties
P.O. Box 80329
City of Industry, CA 91716-8329


Kith NY
337 Lafayette St.
New York, NY 10012-2727


Law Office of Jeannette M. Boudreau
999 5th Ave., Suite 320
San Rafael, CA 94901


M.W.K. Pattern Making Inc
6804 Avalon Bl.
Los Angeles, CA 90003


Martine Rose Studio LTD
Unit 14, The Mews
Old Dairy Court
London N4 4AP
UNITED KINGDOM


Michael A. Shakouri
1800 Avenue of the Stars, Suite 675
Los Angeles, CA 90067-4221


Mishcon de Reya
Africa House
70 Kingsway
DX 37954 Kingsway London
UNITED KINGDOM


Mr. Porter
100 5th Ave.
New York, NY 10011

Namachecko
Stagneliusvagen 38 c/o Lezan Lurr
112 57 Stockholm
SWEDEN


Nellcote
P.O.Box 11038
Napa, CA 94581


Owen Wickerson Aaronson
3 Lockhart Road, Wanchai
Hong Kong
CHINA


Pier Luigi Roncaglia
Piazza della Liberta 13
Viale Don Minzoni
Florence
ITALY


Project 11 Limited
2nd Floor Centennium House
100 Lower Thames Street
London EC3R 6DL
UNITED KINGDOM


Puma North America, Inc.
10 Lyberty Way
Westford, MA 01886


Rochambeau
511 Canal St.
New York, NY 10013


Royal - TL Inc.
270 Lafayette St., Suite 612
New York, NY 10012

SCI Place Vendome
10 Rue de Beynes
78460 Neauphle le Bieux
RCS Versailles 537 439 952
FRANCE


Selfridges Retail Ltd
400 Oxford Street
London W1A 1AB
UNITED KINGDOM


Sever
UL Gagarina D. 7 KV/OF 41
Konakovo
RUSSIA


Siberia Hills
837 Traction Ave., #404
Los Angeles, CA 90015


Simon Intellectual Property Asia
3 Lockhart Road, 25th Fl.
Wanchai
HONG KONG


Slam Jam srl
Via L.F Ferrari 37/a
Ferrara 44122
ITALY


Song for the Mute
1 Glebe St.
Glebe NSW 2037
AUSTRALIA


Spectrum Manufacturing Inc.
728 S. Hill St., Suite 1200
Los Angeles, CA 90014

SSD Alarm
1740 N. Lemon St.
Anaheim, CA 92801-1007


Stefano Magnoni
Piazza Castello, 26
20121 Milan
ITALY


Stephen M. Coats, CPA
775 E. Blithedale Ave., PMB 542
Mill Valley, CA 94941


Studio Cataldi Group SrL
Via Del Lazzeretto
NN 94-94A/B-96-98
Prato, 59100, PO
ITALY


TagTime
4601 District Blvd.
Vernon, CA 90058


Twentyfourseven S.R.L.
Via Palermo, 10
20121 Milano
ITALY


Ugonna Abakwue
18102 Talavera Rdg., Apt. 3306
San Antonio, TX 78257-2623


UNCND Ltd.
157 Queens Road
Weybridge, KT13 0AD
UNITED KINGDOM

Valeria Zanon
Spheriens Avvocati
Via Vincenzo Monti, 11
20123 Milano
ITALY


Voga Shop
Corso Italia 82
Via De Redi 3
52100 Arezzo, Italia


Voga SNC Di Pelucchini M. & C.
Corso Italia, 82
52100 Arezzo
ITALY


Waterfrom Solicitors LLP
14 Weller Street
London SE1 1QU
UNITED KINGDOM