| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Daniel J. Weintraub - Bar #132111<br>James R. Selth - Bar #123420<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Boulevard, Suite 450<br>Los Angeles, CA 90025<br><br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor*  424 GROUP, INC. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>424 GROUP, INC.<br><br><br>Debtor(s) | CASE NO.:  2:21-bk-19407-SK<br>CHAPTER:  11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☐ Yes  ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B     ☐ Schedule C     ☐ Schedule D     ☒ Schedule E/F     ☐ Schedule G
☐ Schedule H       ☐ Schedule I     ☐ Schedule J     ☐ Schedule J-2     ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers     ☐ Statement of Intention     ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 07/22/2022

_____, C.E.O.
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **424 Group, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 2:21-bk-19407-SK |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **100 Management**<br>458 N. Doheny Dr., Unit 691310<br>Los Angeles, CA 90048<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Disputed vendor debt; believed paid in full**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.2 | **380 Group Srl**<br>Via A. Manzoni 41<br>20121 Milano<br>ITALY<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor debt; no sums believed due**<br>Is the claim subject to offset? ☐ No  ■ Yes | $0.00 |
| 3.3 | **416-424 1/2 North Fairfax Ave, LLC**<br>13914 Davana Terrace<br>Sherman Oaks, CA 91423<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Unpaid rent payments**<br>Is the claim subject to offset? ■ No  ☐ Yes | $85,000.00 |
| 3.4 | **424 Group Wholesale, Inc.**<br>999 Fifth Ave., Suite 320<br>San Rafael, CA 94901<br>Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Goods sold**<br>Is the claim subject to offset? ■ No  ☐ Yes | $657,581.00 |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ABC Legal Services**<br>**633 Yesler Way**<br>**Seattle, WA 98104** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Services; no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Adidas**<br>**5055 N. Greeley Ave.**<br>**Portland, OR 97217** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor, no sums believed due** | |
| | Last 4 digits of account number **3018** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**After Home Work**<br>**6/8 Impasse Chausson**<br>**75010 Paris**<br>**FRANCE** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Debt; no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Alen Group**<br>**Interporto Sito Sud Terza Stada 8**<br>**10040 Rivalta Di Torino**<br>**ITALY** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Debt; no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,822.15** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Three credit cards** | |
| | Last 4 digits of account number **1009,2008,4000** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Ani Shekoian**<br>**2111 Barclay St.**<br>**Los Angeles, CA 90031** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor, no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Armes**<br>**Chemin De Renou 2**<br>**1005 Lausanne**<br>**SWITZERLAND** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor debt; no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Ashley Mitchell**<br>**604 Ledgestone Ct.**<br>**Lincoln, CA 95648-8237**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Employee__<br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,000.00 |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**B B & S Cutting Services Inc**<br>**6351 Regent St., Suite 400**<br>**Huntington Park, CA 90255**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vendor Debt; no sums believed due__<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Beep Iams**<br>**309 E 9th St.**<br>**2C**<br>**New York, NY 10003**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Vendor, no sums believed due__<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Bellizio + Igel PLLC**<br>**305 Madison Ave., 40th Fl.**<br>**New York, NY 10165**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Legal fees__<br>Is the claim subject to offset?  ■ No   ☐ Yes | $13,292.50 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Marra**<br>**159 Essex St.**<br>**Toronto, ON M6G 1T6**<br>**CANADA**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __No sums believed due__<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Black Dakini**<br>**903 Centinela Ave.**<br>**Santa Monica, CA 90403**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vendor Debt; no sums believed due__<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Cali Fame**<br>**20934 S. Sante Fe Ave.**<br>**Carson, CA 90810**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Vendor, no sums believed due__<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |

| Debtor | **424 Group, Inc.** | | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**CLM California Design Group**<br>**6330 S. Alameda St.**<br>**Huntington Park, CA 90255**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Vendor, no sums believed due**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Corte D'Appello Di Milano**<br>**U.N.E.P. - Ufficiali Giudiziari**<br>**Via Pace, 10-20122 Milano**<br>**ITALY**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **No sums believed due**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**David Finch**<br>**7266 Fanklin Ave.**<br>**#103**<br>**Los Angeles, CA 90046**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Vendor, no sums believed due**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DBA Creative LLC**<br>**1425 N. Alta Vista Blvd., Apt. 302**<br>**Los Angeles, CA 90046**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Vendor Debt; no sums believed due**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**DHL Express USA, Inc.**<br>**1210 S. Pine Island Rd., 1st Fl.**<br>**Plantation, FL 33324**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $10,344.51 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Edoardo Ormi**<br>**Piazza Della Liberta 13**<br>**Viale Don Minzoni 1**<br>**Florence**<br>**ITALY**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **No sums believed due**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Em Dash Inc**<br>**1420 1/2 Echo Park Ave.**<br>**Los Angeles, CA 90026**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,539.79 |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** <br> **Eva Al Desnudo Ltd** <br> **Eva Losada Membribre** <br> **2, Millfields Road** <br> **E5 0SB London** <br> **UNITED KINGDOM** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **No sums believed due** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** <br> **Eytys AB** <br> **Tegnerlunden 3** <br> **111 61 Stockholm** <br> **SWEDEN** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** **Vendor Debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$1,281.00** |
| 3.28 | **Nonpriority creditor's name and mailing address** <br> **Farmers Market Self Storage** <br> **111 The Grove Dr.** <br> **Los Angeles, CA 90036** <br><br> Date(s) debt was incurred **2021** <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Unpaid storage fees** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.29 | **Nonpriority creditor's name and mailing address** <br> **Federal Express** <br> **3610 Hacks Cross Rd.** <br> **Memphis, TN 38120** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** **Vendor debt; no sums believed due** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.30 | **Nonpriority creditor's name and mailing address** <br> **Fletcher Wash LLC** <br> **13400 Naoma Lane** <br> **Cerritos, CA 90703** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** **Vendor, no sums believed due** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.31 | **Nonpriority creditor's name and mailing address** <br> **Francesco Rossi** <br> **Piazza della Liberta 13** <br> **Viale Don Minzoni 1** <br> **Roncaglia Florence** <br> **ITALY** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **No sums believed due** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.32 | **Nonpriority creditor's name and mailing address** <br> **Fross Zelnick Lehrman & Zissu, P.C.** <br> **151 W. 42nd St., 17th Fl.** <br> **New York, NY 10036** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** **Legal fees** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Grafico Inc.**<br>**15326 Cornet St.**<br>**Santa Fe Springs, CA 90670**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **no sums believed due**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Guillermo Andrade**<br>**c/o Hillary Hughes**<br>**100 Wall St., 20th Fl.**<br>**New York, NY 10005-3708**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Potential claims**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Harvey Nichols & Co**<br>**361-365 Chiswick High Road**<br>**Chiswick London W4 4HS**<br>**UNITED KINGDOM**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Vendor, no sums believed due**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Hebemo Limited**<br>**71 Queen Victoria Street**<br>**London, EC4V 4BE**<br>**UNITED KINGDOM**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Hilldun Corporation**<br>**225 W. 35th St., 10th Fl.**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor Debt; no sums believed due**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Hummel**<br>**Balticagade 20**<br>**8000 Aarhus C**<br>**DENMARK**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Vendor, no sums believed due**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Intermode Espress**<br>**Via Galileo Galilei, 3**<br>**36066 Sandrigo, Vicenza**<br>**ITALY**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Vendor, no sums believed due**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**J6 SRL**<br>**Via Agostino Depretis 4 Vicenza,**<br>**Vicenza, 36100**<br>**ITALY**<br>Date(s) debt was incurred **2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor Debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$372,212.14** |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Jessica Carmona**<br>**1814 N. Serrano Ave., #15**<br>**Los Angeles, CA 90027**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Vendor, no sums believed due**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Jessica Carmona**<br>**1814 N. Serrano Ave., #15**<br>**Los Angeles, CA 90027**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$3,500.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**JP Tailoring Limited**<br>**Unit 79**<br>**The Galleria,**<br>**Hatfield AL10 0YA**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor debt; no sums believed due**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$288.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Katrina Sirdofsky**<br>**999 Fifth Ave., Suite 320**<br>**San Rafael, CA 94901**<br>Date(s) debt was incurred **12/2009**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Loan**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$794,652.00** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Kith NY**<br>**337 Lafayette St.**<br>**New York, NY 10012-2727**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor Debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$324.00** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Law Office of Jeannette M. Boudreau**<br>**999 5th Ave., Suite 320**<br>**San Rafael, CA 94901**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Legal fees**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,500.00** |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** **M.W.K. Pattern Making Inc** **6351 Regent St. #400** **Huntington Park, CA 90255** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$20,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** **Martine Rose Studio LTD** **Unit 14, The Mews** **Old Dairy Court** **London N4 4AP** **UNITED KINGDOM** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,311.49** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** **Mishcon de Reya** **Africa House** **70 Kingsway** **DX 37954 Kingsway London** **UNITED KINGDOM** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,146.13** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Legal fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** **Mr. Porter** **100 5th Ave.** **New York, NY 10011** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor, no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** **Namachecko** **Stagneliusvagen 38 c/o Lezan Lurr** **112 57 Stockholm** **SWEDEN** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,823.76** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** **Nellcote** **P.O.Box 11038** **Napa, CA 94581** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$627.41** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** **Owen, Wickersham & Erickson, P.C.** **2300 Clayton Rd., Suite 1400** **Concord, CA 94520** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$7,025.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Legal fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Pier Luigi Roncaglia**<br>**Piazza della Liberta 13**<br>**Viale Don Minzoni**<br>**Florence**<br>**ITALY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Legal fees; no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,591.00** |
|---|---|---|---|
| | **Project 11 Limited**<br>**2nd Floor Centennium House**<br>**100 Lower Thames Street**<br>**London EC3R 6DL**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,855.94** |
|---|---|---|---|
| | **Puma North America, Inc.**<br>**10 Lyberty Way**<br>**Westford, MA 01886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,375.00** |
|---|---|---|---|
| | **Rochambeau**<br>**511 Canal St.**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Royal - TL Inc.**<br>**270 Lafayette St., Suite 612**<br>**New York, NY 10012** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **SCI Place Vendome**<br>**10 Rue de Beynes**<br>**78460 Neauphle le Bieux**<br>**RCS Versailles 537 439 952**<br>**FRANCE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Selfridges Retail Ltd**<br>**400 Oxford Street**<br>**London W1A 1AB**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor, no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Sever**<br>**UL Gagarina D. 7 KV/OF 41**<br>**Konakovo**<br>**RUSSIA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Siberia Hills**<br>**837 Traction Ave., #404**<br>**Los Angeles, CA 90015** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,176.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Simon Intellectual Property Asia**<br>**3 Lockhart Road, 25th Fl.**<br>**Wanchai**<br>**HONG KONG** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $13,011.50 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Legal fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Slam Jam srl**<br>**Via L.F Ferrari 37/a**<br>**Ferrara 44122**<br>**ITALY** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $6,218.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Song for the Mute**<br>**1 Glebe St.**<br>**Glebe NSW 2037**<br>**AUSTRALIA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor, no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Spectrum Manufacturing Inc.**<br>**728 S. Hill St., Suite 1200**<br>**Los Angeles, CA 90014** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $810.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address**<br>**SSD Alarm**<br>**1740 N. Lemon St.**<br>**Anaheim, CA 92801-1007** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor debt; no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **424 Group, Inc.**    Case number (if known)    **2:21-bk-19407-SK**
         Name

| 3.68 | **Nonpriority creditor's name and mailing address**<br>Stephen M. Coats, CPA<br>775 E. Blithedale Ave., PMB 542<br>Mill Valley, CA 94941 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,815.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Accounting fees**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>Studio Cataldi Group SrL<br>Via Del Lazzeretto<br>NN 94-94A/B-96-98<br>Prato, 59100, PO<br>ITALY | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor, no sums believed due**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>TagTime<br>4601 District Blvd.<br>Vernon, CA 90058 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$275.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>Twentyfourseven S.R.L.<br>Via Palermo, 10<br>20121 Milano<br>ITALY | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$50,989.18** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor debt**<br>Is the claim subject to offset? ☐ No ■ Yes | |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>Ugonna Abakwue<br>18102 Talavera Rdg., Apt. 3306<br>San Antonio, TX 78257-2623 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor, no sums believed due**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>UNCND Ltd.<br>157 Queens Road<br>Weybridge, KT13 0AD<br>UNITED KINGDOM | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor, no sums believed due**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>Valeria Zanon<br>Spheriens Avvocati<br>Via Vincenzo Monti, 11<br>20123 Milano<br>ITALY | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,796.00** |
| | Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **Basis for the claim:** **Legal fees**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **424 Group, Inc.** | Case number (if known) | **2:21-bk-19407-SK** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Voga SNC Di Pelucchini M. & C.**<br>**Corso Italia, 82**<br>**52100 Arezzo**<br>**ITALY** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor, no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Waterfrom Solicitors LLP**<br>**14 Weller Street**<br>**London SE1 1QU**<br>**UNITED KINGDOM** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | Basis for the claim: **Legal fees; no sums believed due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**Attn: Kevin J. Nacoste**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.38**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Altus Receivables Management**<br>**Attn: Kevin J. Nacoste**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.56**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Capital Recovery Corporation**<br>**P.O. Box 1008**<br>**Alpharetta, GA 30009** | Line **3.6**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Hatkoff & Minassian**<br>**18757 Burbank Blvd., Suite 100**<br>**Tarzana, CA 91356** | Line **3.29**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Kennedy Wilson Properties**<br>**P.O. Box 80329**<br>**City of Industry, CA 91716-8329** | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Michael A. Shakouri**<br>**1800 Avenue of the Stars, Suite 675**<br>**Los Angeles, CA 90067-4221** | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Stefano Magnoni**<br>**Piazza Castello, 26**<br>**20121 Milan**<br>**ITALY** | Line **3.71**<br>☐ Not listed. Explain ____ | __ |

Debtor  **424 Group, Inc.**  
Name

Case number (if known)  **2:21-bk-19407-SK**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.8 | **Voga Shop**<br>**Corso Italia 82**<br>**Via De Redi 3**<br>**52100 Arezzo, Italia** | Line __3.75__<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 2,280,183.50 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c.  $ | 2,280,183.50 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Boulevard, Suite 450, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/22/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 07/22/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/22/2022 | Yerika Ramirez | /s/ Yerika Ramirez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*         Page 2         **F 1007-1.1.AMENDED.SUMMARY**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
Eve H. Karasik    ehk@lnbyg.com
Anna Landa    Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com
Ron Maroko    ron.maroko@usdoj.gov
Krikor J Meshefejian    kjm@lnbyg.com
Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;vinnet@ecf.inforuptcy.com
Michael A Shakouri    mshakouri@goodkinlaw.com, rnolan@pdv-llc.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com

2. SERVED BY UNITED STATES MAIL:

Adidas
5055 N. Greeley Ave.
Portland, OR 97217

Ani Shekoian
2111 Barclay St.
Los Angeles, CA 90031

Beep Iams
309 E. 9th St., #2C
New York, NY 10003

Cali Fame
20934 S. Sante Fe Ave.
Carson, CA 90810

CLM California Design Group
6330 S. Alameda St.
Huntington Park, CA 90255

David Finch
7266 Franklin Ave., #103
Los Angeles, CA 90046

Fletcher Wash LLC
13400 Naoma Lane
Cerritos, CA 90703

Harvey Nichols & Co
361-365 Chiswick High Road
Chiswick London W4 4HS
UNITED KINGDOM

Hummel
Balticagade 20
8000 Aarhus C
DENMARK

Intermode Espress
Via Galileo Galilei, 3
36066 Sandrigo, Vicenza
ITALY

Jessica Carmona
1814 N. Serrano Ave., #15
Los Angeles, CA 90027

Mr. Porter
100 5th Ave.
New York, NY 10011

Royal - TL Inc.
270 Lafayette St., Suite 612
New York, NY 10012

Sever
UL Gagarina D. 7 KV/OF 41
Konakovo
RUSSIA

Selfridges Retail Ltd
400 Oxford Street
London W1A 1AB
UNITED KINGDOM

Song for the Mute
1 Glebe St.
Glebe, NSW 2037
AUSTRALIA

Studio Cataldi Group SrL
Via Del Lazzeretto
NN 94-94A/B-96-98
Prato, 59100, PO
ITALY

Ugonna Abakwue
4623 Connies Court Ln.
Missouri City, TX 77459-2934

UNCND Ltd.
157 Queens Road
Weybridge, KT13 0AD
UNITED KINGDOM

Voga SNC Di Pelucchini M. & C.
Corso Italia, 82
52100 Arezzo
ITALY